AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Edward Daniels

APPEARANCE

CASE NUMBER: 1:06-M-29A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Eduardo Daniels

I certify that I am admitted to practice in this court.

3/24/06
*Date*

[signature]
*Signature*

Steven DiLibero 4678
*Print Name* *Bar Number*

130 Dorrance St
*Address*

P RI 02903
*City* *State* *Zip Code*

621 9700 331 9503
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.