AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

EDWARD L. DANIELS

## WARRANT FOR ARREST

Case Number: 1:06M29A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EDWARD L. DANIELS
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

uttering altered securities of the United States

in violation of Title 18 United States Code, Section(s) 472

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

3/21/06 Providence RI
Date and Location

Attest to True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
U.S. Secret Service Providence Resident Office

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/21/06 | Special Agent John E. Petricig | [signature] |
| DATE OF ARREST 3/24/06 | | |